# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV01219 ERW |
| ) | |
| S&G MECHANICAL, INC., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendant S&G Mechanical, Inc. since service of said Defendant on August 22, 2006.

**IT IS HEREBY ORDERED** that Plaintiffs shall, no later than **September 29, 2006**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 15th day of September 2006.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE